IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 12 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00104-BNB

PATRICK BACA,

    Plaintiff,

v.

WILLIAM LOVINGER, Acting Denver County Sheriff, Individual and Official Capacity,
JANE DOE # 1, Acting Denver County Nurse, Individual and Official Capacity,
JANE DOE # 2, Acting Denver County Mental Health, Individual and Official Capacity,
JOHN DOE # 1, Acting Denver County Booking Sheriff, Individual and Official Capacity,
JOHN DOE # 2, Acting Denver County Hospital Psychiatrist, Individual and Official Capacity, and
JANE DOE # 3, Acting Halfway House Director, Individual and Official Capacity,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 12, 2010, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00104-BNB

Patrick Baca
Prisoner No. 117057
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/2/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk