IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00104-CMA-CBS

PATRICK BACA,

    Plaintiff,

v.

WILLIAM LOVINGER, Acting Denver County Sheriff, Individual and Official Capacity,
JANE DOE # 1, Acting Denver County Nurse, Individual and Official Capacity,
JANE DOE # 2, Acting Denver County Mental Health, Individual and Official Capacity,
JOHN DOE # 1, Acting Denver County Booking Sheriff, Individual and Official Capacity,
JOHN DOE # 2, Acting Denver County Hospital Psychiatrist, Individual and Official
    Capacity, and
JANE DOE # 3, Acting Halfway House Director, Individual and Official Capacity,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: June __23__, 2010

BY THE COURT:

*(signature)*

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00104-CMA-CBS

Patrick Baca
Prisoner No. 117057
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

US Marshal Service
Service Clerk
Service forms for: William Lovinger

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on William Lovinger: AMENDED COMPLAINT FILED 4/09/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/24/10.

                                                  GREGORY C. LANGHAM, CLERK

                                                  By_____
                                                           Deputy Clerk